IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 09-4044-01-CR-C-SOW |
| ) | |
| ALEJANDRO HERNANDEZ-SANTOS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #12) prepared by Magistrate Judge William A. Knox. Defendant Alejandro Hernandez-Santos appeared before Magistrate Judge Knox on November 2, 2009 and entered a plea of guilty to Count 1 of the Indictment filed on September 24, 2009.

Magistrate Knox determined that the guilty plea was knowledgeable and voluntary and that there is a factual basis for each of the essential elements of the offense.

Accordingly, it is hereby

ORDERED that defendant Alejandro Hernandez-Santos' plea of guilty is accepted. Defendant is adjudged guilty. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Alejandro Hernandez-Santos.

        /s/ Scott O. Wright
        SCOTT O. WRIGHT
        Senior United States District Judge

DATED: 12/1/2009